IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MURRAY McDONALD,
            Plaintiff,

-vs-                                        Case No. A-16-CA-258-SS

TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY,
            Defendant.

### ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Plaintiff's Memorandum in Support of Motion to Remand" [#5] construed as a motion to remand and filed on March 14, 2016, and further noting the defendant has not responded to this motion within the fourteen (14) day period as required by the Local Rules of this District and, therefore, this is a noncontested motion, enters the following:

In the Motion to Remand, the plaintiff, through counsel, represents the subject matter of this lawsuit does not exceed the damages of $75,000.00 and the stipulation has been offered to support that maximum amount of damages. If the parties will enter into a stipulation that Murray McDonald will not seek nor receive in excess of $75,000.00 in state court, the Court will enter its order remanding the case.

SIGNED this the 4th day of April 2016.

                                                            Sam Sparks
                                        UNITED STATES DISTRICT JUDGE

