76666.0114

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MURRAY MCDONALD | § § | |
| Plaintiff, | § § | |
| V. | § § § | CIVIL ACTION NO. 1:16-CV-258 |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY | § § § § | |
| Defendant | § | |

## AGREED MOTION FOR REMAND

**COMES NOW**, the Plaintiff, MURRAY MCDONALD ("MCDONALD"), by and through his undersigned counsel, and Defendant, TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, and hereby files their Agreed Motion for Remand, and as grounds therefore states as follows:

1. On January 27, 2016, MCDONALD filed his Original Petition in the County Court At Law Number 4, Williamson County, Texas, Cause Number 16-0152-CC4 styled *Murray McDonald v. Travelers Lloyds of Texas Insurance Company*, alleging breach of contract, breach of the duty of good faith and fair dealing and violations of the Texas Insurance Code, against the Defendant TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY ("TRAVELERS").

2. On February 29, 2016, TRAVELERS filed its Notice of Removal based on diversity of citizenship.

76666.0114

3. For diversity jurisdiction to be available, not only must all adverse parties in the suit be completely diverse in regards to citizenship, but the amount in controversy must exceed $75,000.00 exclusive of interest and costs.

4. Plaintiff MCDONALD stipulates that he does not seek damages in excess of $75,000.00 and that he shall not be entitled to a judgment in excess of that amount in any Court. *See Agreed Stipulation of Damages, attached hereto as Exhibit 1.*

5. Plaintiff MCDONALD has filed his Original Motion for Remand within thirty (30) days of TRAVELER'S filing of its Notice of Removal.

7. For the above reasons, the present action should be remanded to the County Court At Law Number 4, Williamson County, Texas.

**WHEREFORE,** the Plaintiff MURRAY MCDONALD and Defendant TRAVELER'S LLOYDS OF TEXAS INSURANCE COMPANY, respectfully request this Court to remand this case back to the County Court At Law Number 4, Williamson County, Texas and that each party shall bear its own court costs.

Respectfully submitted,

DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007
(713) 893-6931
ebdick@gmail.com

By: _[signature]_
ERIC B. DICK
State Bar No. 24064316

ATTORNEY FOR PLAINTIFF

76666.0114

        ADAMI, SHUFFIELD, SCHEIHING
              & BURNS, P.C.
        9311 San Pedro, Suite 900
        San Antonio, Texas 78216
        Telephone (210) 344-0500
        Telecopier (210) 344-7228
        bscheihing@adamilaw.com

By: _____
        ROBERT F. SCHEIHING
        State Bar No. 17736350

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been e-filed with the Court and sent via facsimile to the following counsel of record in compliance with the Federal Rules of Civil Procedure this _25_ day of April, 2016:

Robert F. Scheihing
Adami, Shuffield, Scheihing & Burns
9311 San Pedro, Suite 900
San Antonio, Texas 78216

_____
ERIC B. DICK